# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAVID JOSEPH MARTIN, III

NO. 2020 KW 0932

**NOVEMBER 09, 2020**

---

In Re:     David Joseph Martin, III, applying for supervisory
           writs, 32nd Judicial District Court, Parish of
           Terrebonne, No. 19-FELY-800586.

---

**BEFORE:     GUIDRY, McCLENDON, AND LANIER, JJ.**

   **WRIT DENIED.**

                    **JMG**
                    **PMc**
                    **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT